**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7991

BLAKE KELLER,

Petitioner - Appellant,

versus

ALBERTO R. GONZALES, United States Attorney
General; HARLEY G. LAPPIN, Director, Bureau of
Prisons; LISA HOLLINGSWORTH, Warden, Federal
Correctional Institution Cumberland,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (8:06-
cv-01303-PJM)

Submitted: May 11, 2007                    Decided: June 4, 2007

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Blake Keller, Appellant Pro Se.   Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Blake Keller, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Keller v. Gonzales, No. 8:06-cv-01303-PJM (D. Md. Nov. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED